UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NANCY ANN PRICE,<br>Plaintiff,<br>v.<br>DANNY LEROY BAILOR,<br>Defendant. | Case No.18-cv-00103-VKD<br><br>**ORDER LIFTING STAY AND SETTING STATUS CONFERENCE** |

Pro se plaintiff Nancy Price brings this action for wrongful death on behalf of the estate of her deceased son, Thomas Horner. Dkt. No. 1. According to the complaint, defendant Danny Bailor drove the car that struck and killed Mr. Horner in 2016. *Id.* at 2.

Mr. Bailor filed for bankruptcy on June 9, 2017. *In re Danny LeRoy Bailor*, No. 17-51395 MEH, Dkt. No. 1 (Bankr. N.D. Cal. June 9, 2017). In the bankruptcy court, Ms. Price filed an adversary claim for wrongful death on August 3, 2017 and sought to exempt that debt from discharge. *Estate of Thomas Horner v. Bailor* (In re *Bailor*), Adv. No. 17- 05604, Dkt. No. 1 (Bankr. N.D. Cal. Aug. 3, 2017). On January 5, 2018, while the bankruptcy proceeding was pending, Ms. Price filed the complaint in this action. Dkt. No. 1. This Court stayed Ms. Price's action pursuant to 11 U.S.C. § 362 pending the resolution of Mr. Bailor's bankruptcy proceedings. Dkt. No. 25.

On March 2, 2018, the bankruptcy court granted Mr. Bailor's motion for summary judgment, finding that Ms. Price had not established that her claims should be exempted from discharge. *Estate of Horner*, Adv. No. 17-ap-05604, Dkt. No. 32 (Bankr. N.D. Cal. Mar. 2, 2018). The bankruptcy court held a status conference on April 2, 2018, during which it explained its summary judgment decision. *Estate of Horner*, Adv. No. 17-ap-05604, Dkt. No. 39 (Bankr. N.D.

Cal. Apr. 2, 2018). The bankruptcy court also observed at the status conference that because Ms. Bailor filed this action before the district court without first seeking relief from the bankruptcy stay, her district court action was void as a matter of law. *Id.*

The bankruptcy court entered the discharge and final decree on April 4, 2018. *In re Bailor*, No. 17-51395 MEH, Dkt. No. 14 (Bankr. N.D. Cal. Apr. 4, 2018). Attached to the discharge and final decree is a document entitled "Explanation of Bankruptcy Discharge in a Chapter 7 Case," which states in part: "In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan." *Id.* at 2.

Ms. Price now requests a case management conference before the Court. Dkt. No. 55. Based on her most recent submission to the bankruptcy court (*In re* Bailor, No. 17-51395 MEH, Dkt. No. 16 (Bankr. N.D. Cal. July 16, 2018)) and her earlier request for leave to amend her complaint (Dkt. No. 27), the Court understands that Ms. Price wishes to renew her motion to amend the complaint to name Mr. Bailor's insurance company as defendant in place of Mr. Bailor.

The bankruptcy proceedings having been concluded and the debt against Mr. Bailor discharged, the Court hereby lifts the stay in this action.

The Court will conduct a status conference in this matter on **October 4, 2018, at 1:30 p.m.**, in Courtroom 2, Fifth Floor, 280 South First Street, San Jose, California 95113. In advance of the status conference, the parties shall confer regarding the following matters:

1. Whether Ms. Price intends to proceed as plaintiff on behalf of Mr. Horner's estate, or as a plaintiff in her own name;
2. Whether Ms. Price intends to seek leave to name Mr. Bailor's auto insurance company as a defendant, now that her debt against Mr. Bailor himself has been discharged;
3. Whether Ms. Price intends to seek leave to make other amendments to her complaint;
4. The parties' views on a schedule for further proceedings in this case; and
5. Any other matters that may facilitate a just and efficient disposition of this case.

On or before **September 27, 2018**, the parties shall jointly file a status report addressing these matters. In the alternative, the parties may each file a separate status report.

**IT IS SO ORDERED.**

Dated: September 6, 2018

_____
VIRGINIA K. DEMARCHI
United States Magistrate Judge